Michael A. Jones, State Bar #27311
John P. Carter, State Bar #25402
Ryan Hicks, State Bar #26016
**ALLEN, SALA & BAYNE, PLC**
1850 N. Central, Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
E-mail:  mjones@asbazlaw.com
          jcarter@asbazlaw.com
          rhicks@asbazlaw.com

Attorneys for Paul Sala, Individual Plan Agent
and Post Confirmation Liquidating Trustee
for the Bankruptcy Estate of Danny Hendon

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| DANNY'S HAPPY VALLEY, LLC, *et al.,* | Case No. 2:10-bk-02794-EWH |
| Debtors. | **Jointly Administered With:** |
| | 2:10-bk-02796-EWH  2:10-bk-02799-EWH |
| | 2:10-bk-02802-EWH  2:10-bk-05583-EWH |
| | 2:10-bk-05580-EWH  2:10-bk-05588-EWH |
| | 2:10-bk-05585-EWH  2:10-bk-05793-EWH |
| | 2:10-bk-05792-EWH  2:10-bk-05795-EWH |
| | 2:10-bk-05794-EWH  2:10-bk-05797-EWH |
| | 2:10-bk-05796-EWH  2:10-bk-05799-EWH |
| | 2:10-bk-05798-EWH  2:10-bk-05801-EWH |
| | 2:10-bk-05800-EWH  2:10-bk-05805-EWH |
| | 2:10-bk-05802-EWH  2:10-bk-05772-EWH |
| | 2:10-bk-05806-EWH  2:10-bk-05775-EWH |
| | 2:10-bk-05774-EWH  2:10-bk-22658-EWH |
| | 2:10-bk-05776-EWH |
| | 2:10-bk-211-EWH |
| This filing applies to: | Adv. No. 2:13-ap-00855-EWH |
| ☒ Specified Debtors:<br>☐ All Debtors: | **COMPLAINT** |
| Daniel L. Hendon | |
| PAUL SALA, Individual Plan Agent and Post Confirmation Liquidating Trustee, | |
| Plaintiff, | |
| vs. | |
| PARK CENTER EXCHANGE, I, LLC, | |
| Defendant. | |

r:\1400\1454 - Hendon, Daniel\Avoidance Adversaries\Park Center Exchange, I, LLC\Complaint.doc

Paul Sala ("**Plaintiff**"), the Individual Plan Agent and Post Confirmation Liquidating Trustee for the Bankruptcy Estate of Daniel L. Hendon ("**Debtor**"), as and for his Complaint against Park Center Exchange, I, LLC ("**Defendant**"), alleges as follows:

**I.      JURISDICTION AND VENUE**

1.      This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. §§ 544, 547, 548, and 550 and Bankruptcy Rules 7001, *et seq*.

2.      This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), (F), (H), and (O).

3.      Venue is proper before this Court pursuant to 28 U.S.C. § 1409.

**II.     PARTIES**

4.      On February 3, 2010, the February Debtors[1], filed their voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code.

5.      On March 3 and 4, 2010, the March Debtors[2] filed their voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code.

6.      On July 25, 2011 ("**Petition Date**"), the Debtor filed his voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

7.      On July 26, 2011, this Court entered its Order authorizing the joint administration of the Debtor's bankruptcy estate with the February Debtors and the March Debtors' estates.

---

[1] Danny's Happy Valley, LLC, 2:10-bk-02794-EWH; Danny's Raintree & Northsight, LLC, 2:10-bk-02796-EWH; Danny's Scottsdale & Shea, LLC, 2:10-bk-02799-EWH; and Danny's 59th Avenue, LLC, 2:10-bk-02802-EWH.

[2] Danny's Crossroads, LLC; 2:10-bk-05580-EWH; Danny's Gilbert Gateway, LLC, 2:10-bk-05583-EWH; Danny's San Tan, LLC, 2:10-bk-05585-EWH; Danny's Tempe, LLC, 2:10-bk-05588-EWH; Danny's Family Companies, LLC, 2:10-bk-05792-EWH; Danny's Car Services, LLC, 2:10-bk-05793-EWH; Danny's Scottsdale & TB, LLC, 2:10-bk-05794-EWH; National Car Care Development Corporation, 2:10-bk-05795-EWH; 84th & Bell, LLC, 2:10-bk-05796-EWH; 3rd & Bell, LLC, 2:10-bk-05797-EWH; Danny's Tatum, LLC, 2:10-bk-05798-EWH; 83rd & Union Hills, LLC, 2:10-bk-05799-EWH; Mayo & Scottsdale Family Car Wash, LLC, 2:10-bk-05800-EWH; Danny's Glass, LLC, 2:10-bk-05801-EWH; Danny's Fuel, LLC, 2:10-bk-05802-EWH; Paradise Village Car Care Centre, Inc., 2:10-bk-05805-EWH; Twentieth & Highland, LLC, 2:10-bk-05806-EWH; Danny's Commercial Properties, LLC, 2:10-bk-05772-EWH; Barcelona Restaurants III, LLC, 2:10-bk-05774-EWH; Barcelona Business Center, LLC, 2:10-bk-05775-EWH; and Danny's Office, LLC, 2:10-bk-05776-EWH.

8. On December 16, 2011, the Court entered the *Order Confirming Plan*, approving the *Debtor Proponents' Amended and Restated Plan of Reorganization Dated December 12, 2011*.

9. On November 15, 2012, the Debtor requested that the Court enter an order approving the *Liquidating Trust Agreement and Declaration of Trust by and between Daniel Lewis Hendon, Chapter 11 Debtor as Debtor and Paul Sala, Esq., as Liquidating Trustee* ("**Liquidating Trust**").

10. On December 11, 2012, the Court entered the *Order Approving Joint Trust Agreement* thereby approving the Liquidating Trust.

11. Plaintiff is designated as the Individual Plan Agent and Liquidating Trustee for the Liquidating Trust.

12. As Liquidating Trustee, Plaintiff has the right, power, and duty to prosecute avoidance actions of the Debtor or the Daniel L. Hendon Trust dated February 28, 2006, where the claim arises under Bankruptcy Code Sections 544-551.

13. Upon information and belief, Defendant is authorized to conduct business in the State of Arizona.

14. Upon information and belief, Defendant is an "insider" to the Debtor, as that term is defined under Bankruptcy Code Section 101(31).

### III.  ALLEGATIONS

15. Upon information and belief, prior to the Petition Date, the Debtor made certain transfers ("**Transfers**") to Defendant, including but not limited to the transfer on or about October 23, 2007 of real property more particularly described on **Exhibit "A"**, attached hereto.

### COUNT ONE

### (Fraudulent Transfers)

16. Plaintiff incorporates by reference all of the allegations contained in the preceding paragraphs.

17. The Debtor had an interest in the assets making up the Transfers.

18. Upon information and belief, the Debtor made the Transfers to the Defendant with the actual intent to hinder, delay, or defraud the creditors within the meaning of A.R.S. § 44-1004(A) and 11 U.S.C. § 548(a)(1)(A).

19. Upon information and belief, the Debtor received less than reasonably equivalent value in exchange for the Transfers.

20. Upon information and belief, the Debtor was insolvent at the time of the Transfers or became insolvent as a result of the Transfers.

21. Upon information and belief, at the time of the Transfers, the Debtor was engaged in business or a transaction, or was about to engage in business or a transaction, for which the Debtor's remaining property constituted unreasonably small capital.

22. Upon information and belief, at the time of the Transfers, the Debtor intended to incur, or believed that he would incur, debts that would be beyond the Debtor's ability to pay at maturity.

23. The Debtor made the Transfers for the benefit of Defendant, who upon information and belief, is an insider to the Debtor under A.R.S. § 44-1004(A) and 11 U.S.C. § 548(a)(1)(B).

24. Pursuant to A.R.S. §§ 44-1004, 1005, and 1009, and 11 U.S.C. §§ 548(b) and 550, Plaintiff may avoid and recover the Transfers from Defendant.

25. Pursuant to A.R.S. §§ 44-1004, 1005, and 1009, and 11 U.S.C. §§ 548 and 550, Defendant must turnover to Plaintiff any and all amounts that it received as a result of the Transfers.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment against Defendant, as follows:

   a. Avoiding the Transfers in an amount to be proven at trial;

   b. Directing Defendant, and any and all subsequent transferees of the Transfers, to return the Transfers to Plaintiff;

   c. Awarding Plaintiff's reasonable attorneys' fees, which shall not exceed $3,000.00, if a default judgment is entered;

d.     Awarding Plaintiff's reasonable costs incurred herein, which shall not exceed $293.00, if a default judgment is entered; and

e.     For such other and further relief as this Court deems just and appropriate under the circumstances.

DATED: July 24, 2013

**ALLEN, SALA & BAYNE, PLC**

*/s/ MAJ #27311*
Michael A. Jones
John P. Carter
Ryan M. Hicks
1850 N. Central Ave., Ste. 1150
Phoenix, Arizona  85004
*Attorneys for Paul Sala, Individual Plan Agent and Post Confirmation Liquidating Trustee for the Bankruptcy Estate of Danny Hendon*