RECORDING REQUESTED BY:
**CHICAGO TITLE CO. - IRVINE**

AND WHEN RECORDED MAIL TO:
Park Center Exchange, I, LLC
P. O. Box 11748
Santa Ana, CA 92711

Order No.: 78548094
Escrow No.: SA-115565-CW
A.P.N.: 050 461-25

Recorded in Official Records, Orange County

Tom Daly, Clerk-Recorder

||||||||||||||||||||||||||||||||||||||   **12.00**

**2007000646359 04:12pm 10/23/07**
119 59 G02 3

0.00 0.00 0.00 0.00 6.00 0.00 0.00 0.00

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

# GRANT DEED
## DEED TO ACCOMNMODATOR IN A REVERSE EXCHANGE

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX IS $-0-   The Value of the property in this conveyance, exclusive

☐   computed on full value of property conveyed, or   of liens and encumbrances is $100 or less, and

☐   computed on full value less value of liens or encumbrances remaining at time of sale.   there is no additional

☐   unincorporated area   [ XX ] City of **Newport Beach** AND   consideration received by the Grantor, R&T11911

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**Daniel L. Hendon, a married man as his sole and separate property**

hereby GRANT(S) to

**Park Center Exchange, I, LLC, a California Limited Liability Company**

the following described real property in the County of **Orange**, State of California:
**Lot 37 of Tract No. 4003, in the City of Newport Beach, County of Orange, State of California, as per map recorded in Book 188, Page(s) 13 - 19, inclusive, of Miscellaneous Maps, in the office of the County Recorder of said County.**
**EXCEPT THEREFROM all water and subsurface water rights, below a depth of 500 feet, without the right of surface entry, as dedicated or reserved in instruments of record.**

Dated: **October 22, 2007**

STATE OF CALIFORNIA
COUNTY OF _____   } SS.

On _____ before me

Notary Public, personally appeared
_____

personally known to me (or proved to me on the basis
of satisfactory evidence) to be the person(s) whose
name(s) is/are subscribed to the within instrument and
acknowledged to me that he/she/they executed the
same in his/her/their authorized capacity(ies) and that
by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the
person(s), acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____
Signature of Notary
Commission Expiration Date: _____

**Daniel L. Hendon**

BRIAN J. FOXCROFT
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 1575867
ORANGE COUNTY
My Comm. Exp. May 3, 2009

(This area for official notarial seal)

MAIL TAX STATEMENTS TO:   Park Center Exchange, I, LLC, P. O. Box 11748 , Santa Ana, CA 92711

Case 2:13-ap-00855-EWH   Doc 1-1   Filed 07/24/13   Entered 07/24/13 20:56:06   Desc
Document Number 2007000646359   Exhibit A Page 1 of 3   Page: 1 of 3

**GOVERNMENT CODE 27361.7**

I certify under the penalty of perjury that the notary seal on the document to which this statement is attached reads as follows:

Name of Notary: _BRIAN J. FOXCROFT_

Date Commission Expires: _5.2.09_

Commission Number: _1575887_

Vendor Number: _8ID1_

County where bond is filed: _ORANGE_

Place of Execution: <u>Irvive, California</u>

Date: _10 23.07_

By: _Paula Spilar_
Chicago Title Company

# EXHIBIT A

LOT 37 OF TRACT NO. 4003, IN THE CITY OF NEWPORT BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 188, PAGES 13-19 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM ALL WATER AND SUBSURFACE WATER RIGHTS, BELOW A DEPTH OF 500 FEET, WITHOUT THE RIGHT OF SURFACE ENTRY, AS DEDICATED OR RESERVED IN INSTRUMENTS OF RECORD.