Michael A. Jones, State Bar #27311
John P. Carter, State Bar #25402
**ALLEN, SALA & BAYNE, PLC**
1850 N. Central, Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
E-mail: mjones@asbazlaw.com
        jcarter@asbazlaw.com

Attorneys for Paul Sala, Individual Plan Agent
and Post Confirmation Liquidating Trustee
for the Bankruptcy Estate of Danny Hendon

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| DANNY'S HAPPY VALLEY, LLC, *et al.,* | Case No. 2:10-bk-02794-EWH |
| Debtors. | **Jointly Administered With:** |

| | |
|---|---|
| 2:10-bk-02796-EWH | 2:10-bk-02799-EWH |
| 2:10-bk-02802-EWH | 2:10-bk-05583-EWH |
| 2:10-bk-05580-EWH | 2:10-bk-05588-EWH |
| 2:10-bk-05585-EWH | 2:10-bk-05793-EWH |
| 2:10-bk-05792-EWH | 2:10-bk-05795-EWH |
| 2:10-bk-05794-EWH | 2:10-bk-05797-EWH |
| 2:10-bk-05796-EWH | 2:10-bk-05799-EWH |
| 2:10-bk-05798-EWH | 2:10-bk-05801-EWH |
| 2:10-bk-05800-EWH | 2:10-bk-05805-EWH |
| 2:10-bk-05802-EWH | 2:10-bk-05772-EWH |
| 2:10-bk-05806-EWH | 2:10-bk-05775-EWH |
| 2:10-bk-05774-EWH | 2:10-bk-22658-EWH |
| 2:10-bk-05776-EWH | 2:10-bk-211-EWH |

This filing applies to:

Adv. No. 2:13-ap-00855-EWH

☒ Specified Debtors:
☐ All Debtors:

Daniel L. Hendon

PAUL SALA, Individual Plan Agent and Post
Confirmation Liquidating Trustee,

Plaintiff,

vs.

PARK CENTER EXCHANGE, I, LLC,

Defendant.

**NOTICE OF DISMISSAL OF
ADVERSARY COMPLAINT**

Michael A. Jones, attorney for Paul Sala, Individual Plan Agent and Post Confirmation

I:\1400\1454 - Hendon, Daniel\Avoidance Adversaries\(RESOLVED) Park Center Exchange, I, LLC\NoticeofDismissalofAdversaryComplaint.doc

Case 2:13-ap-00855-EWH   Doc 2   Filed 01/09/14   Entered 01/09/14 11:25:56   Desc
Main Document     Page 1 of 2

Liquidating Trustee for the Bankruptcy Estate of Danny Hendon, hereby moves for the dismissal of the Adversary Complaint filed on July 24, 2013. Where no party has served either an answer or a motion for summary judgment, dismissal by notice is appropriate. See Bankr. R. Civ. P. 7041(a)(1)(A).

DATED this 9th day of January, 2014.

**ALLEN, SALA & BAYNE, PLC**

/s/ *MAJ # 27311*
Michael A. Jones
John P. Carter
1850 N. Central, Suite 1150
Phoenix, Arizona 85004
Attorneys for Paul Sala, Individual Plan Agent
and Post Confirmation Liquidating Trustee
for the Bankruptcy Estate of Danny Hendon

This is to certify that the foregoing was e-filed on January 9, 2014 in the U.S. Bankruptcy Court and copies served via ECF Notice to all parties that have appeared in the case.

/s/ *Misty Hinshaw*